UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

EMIL M. ZAPATA PIMENTAL,

               Plaintiff,                   **SCHEDULING ORDER**

      -against-                       22 Civ. 8908 (KMK) (AEK)

DYLAN JOSEPH MOTORS, LLC, *et al.*,

               Defendants.
----------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

    This matter has been referred to Magistrate Judge Andrew E. Krause for general pretrial supervision. ECF No. 28. A telephonic status conference before Magistrate Judge Krause is hereby scheduled for **Friday, March 24, 2023, at 10:30 a.m.**

    To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest. Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: January 30, 2023
       White Plains, New York

                                        **SO ORDERED.**

                                        _____
                                        ANDREW E. KRAUSE
                                        United States Magistrate Judge